W. M. Watson & Company, appellee, v. Andrew Lino and John B. McNerny, trading as Lino-McNerny Company, appellants. Gen. No. 33,734.

Opinion filed April 28, 1930.

Ernest Kentwortz, for appellants; Benj. Weinberg, of counsel. Clark & Clark, for appellee; Russell S. Clark, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. James T. Brewington, plaintiff in error. Gen. No. 34,035.

Opinion filed April 28, 1930.

W. G. Anderson, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Edward E. Wilson and John Holman, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Della Spratt, appellee, v. Fischer Paramount Theatres, Inc., appellant. Gen. No. 34,053.

Opinion filed April 28, 1930.

John P. Barnes and Clarence N. Boord, for appellant. Thomas J. Young, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Sangamon Paper Grading Company, appellee, v. Evening American Publishing Company, appellant. Gen. No. 34,094.

Opinion filed April 28, 1930.

Keehn, Woods, Weisl & Keeley, for appellant; Harry H. Pollack, of counsel. H. K. Buchman, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.